## STATE v. CARROLL—STATE v. SHOEMAKER.

The decisions of this Court in State vs. Heatherly, 4 Mo. R. 478; and State v. Spear, 6 Mo. R. 644, recognised and affirmed.

*Opinion of the Court delivered by Napton, Judge.*

The decisions of this court vs. in State Heatherly, 4 Mo. R. 478; and State v. Spear, 6 Mo. R. 644, recognised and affirmed.

In these cases the defendants below were acquitted by the verdicts of juries, and the State has appealed to this court. In accordance with previous decisions of this court (State v. Heatherly, vol. 4th; State v. Spear, vol. 6, 644,) it is ordered that the appeals be dismissed.